# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0648
_____

KELLI HAMBLEN,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM, and TYRELL RASHAD
DANIELS,

    Appellees.

_____


On appeal from the Division of Administrative Hearings.
Robert L. Kilbride, Administrative Law Judge.


March 6, 2024

PER CURIAM.

    AFFIRMED. *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kelli Hamblen, pro se, Appellant.

Ashley Moody, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

No appearance for Appellee Tyrell Rashad Daniels.